DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ANDREWS v. PETERS

No. 33P82.

Case below: 55 N.C. App. 124.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982.

BROWN v. VANCE

No. 57P82.

Case below: 55 N.C. App. 387.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 30 March 1982.

CULLEN v. CULLEN

No. 83P82.

Case below: 56 N.C. App. --- (8110DC583).

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982.

HIATT v. BURLINGTON INDUSTRIES

No. 81P82.

Case below: 55 N.C. App. --- (8118SC268).

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 30 March 1982.

IN RE CONSTRUCTION OF HEALTH CARE FACILITY

No. 55P82.

Case below: 55 N.C. App. 313.

Petition by Wilkesboro Limited for discretionary review under G.S. 7A-31 denied 30 March 1982.